■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICK COMPTON, Appellant. [857 NYS2d 517]—Appeal by the defendant, as limited by his motion, from an amended sentence of the County Court, Orange County (Berry, J.), imposed January 11, 2007, on the ground that the sentence was excessive.

Ordered that the amended sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Ritter, Covello and Dickerson, JJ., concur.